## BAXTER v. THE STATE.

PER CURIAM. While in one portion of the charge there are minor inaccuracies in the language employed, no such error is shown to have been committed in charging the jury, or in any of the rulings made by the court pending the trial, as requires a reversal. The evidence authorized the verdict.

ATKINSON and HILL, JJ., dissenting. In our opinion that portion of the charge set out and excepted to in the sixth ground of the motion for new trial was erroneous and required the grant of a new trial.

*Judgment affirmed. All the Justices concur, except Atkinson and Hill, JJ., dissenting.*

No. 1156. MAY 16, 1919. REHEARING DENIED JUNE 14, 1919.

Indictment for murder. Before Judge Tarver. Whitfield superior court. September 9, 1918.

*W. E. Mann* and *W. C. Martin,* for plaintiff in error.

*Clifford Walker,* attorney-general, *Joseph M. Lang,* solicitor-general, and *M. C. Bennet,* contra.